UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS - 6

| Case No. | EDCV 13-00655-JGB (OPx) | Date | February 19, 2014 |
|---|---|---|---|
| Title | Sylvia M. Fix v. Coast Mitigation & Associates Inc et al | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** ORDER Re: Settlement (IN CHAMBERS)

    In light of the notice of settlement, filed February 18, 2014, indicating that the case has settled in its entirety, this action is placed in inactive status.

    By April 7, 2014, the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of April 8, 2014.

    This Court retains full jurisdiction over this action and this Order shall not prejudice any party. All previously set deadlines and dates are hereby VACATED.

IT IS SO ORDERED.

JS - 6